Probation Form No. 35 (1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

FILED
CHARLOTTE, NC

JAN 0 6 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA

vs.

Crim. No. 0419 5:22CR00047

Luis Carlos Ramirez

On 6/15/2021, the above named was placed on Supervised Release for a period of three (3) years. Jurisdiction was transferred from the Southern District of Florida to the Western District of North Carolina on 8/8/2022.

Having completed one half of his Supervised Release without any instances of noncompliance, the defendant has filed a motion requesting consideration for early termination of his supervision. After consultation with the U.S. Attorney's Office on 1/5/2023, the U.S. Probation Office has no objection to Mr. Ramirez's request for early termination.

It is respectfully recommended Luis Carlos Ramirez be granted a discharge from supervision.

Respectfully submitted,

by  s/ Seth Yates
    Seth Yates
    Probation Officer
    45 Clayton St
    Asheville, NC 28801
    8287717344

Approved By:
 s/ Joel Taylor
Joel Taylor
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: January 5, 2023

Kenneth D. Bell
U.S. District Court Judge